FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0239

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0239

_____

IN THE MATTER OF THE ESTATE OF

GARY ALLEN COOPER,                                    O R D E R

      Deceased.

_____

On June 16, 2023, the mediator for this appeal filed a report stating that the case has settled.  Nothing further has been filed.

Pursuant to M. R. App. P. 7(7)(b),

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2023